■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CLOR, Appellant. [995 NYS2d 532]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berkman, J.), rendered on or about August 8, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.

■ In the Matter of DALE JAMAL ROBERTSON, Petitioner, v CITY OF NEW YORK et al., Respondents. In the Matter of DALE ROBERTSON, Petitioner, v STEVEN L. BARRETT, Respondent. [995 NYS2d 533]—The above-named petitioner having presented applications to this Court praying for orders, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceedings, and due deliberation having been had thereon, it is unanimously ordered that the applications be and the same hereby are denied and the petitions dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.